

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2014

No. 04-13-00346-CR

**IN RE SUZANNE M. KRAMER**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CR-9420
Honorable Maria Teresa Herr, Judge Presiding[1]

**CONTEMPT JUDGMENT**

This is a contempt proceeding ancillary to appeal number 04-13-00346-CR, styled *Jassen Barnes v. State of Texas*, currently pending in this court. Appellant's brief was originally due on October 31, 2013. Appellant is represented on appeal by retained counsel, Ms. Suzanne M. Kramer. On November 4, 2013, this court notified Ms. Kramer, by letter, that the brief was late and instructed her to provide this court, within ten days of our letter, with a reasonable explanation for failing to timely file the brief. Ms. Kramer did not respond. Accordingly, on November 18, 2013, this court ordered Ms. Kramer to file appellant's brief in this court no later than December 2, 2013. Our order cautioned Ms. Kramer that if she did not file appellant's brief by December 2, 2013, this cause would be abated for the trial court to conduct an abandonment hearing. Ms. Kramer did not respond.

Accordingly, on December 9, 2013, this court abated this appeal and remanded the case to the trial court to conduct a hearing to determine whether: (1) appellant desires to prosecute his appeal; (2) appellant has made the necessary arrangements for filing a brief; and (3) counsel has abandoned the appeal. Following the abatement hearing, the trial court filed its findings of fact and determined appellant desires to prosecute the appeal and Ms. Kramer has not abandoned the appeal. Ms. Kramer stated on the record she would file appellant's brief no later than January 13, 2014. The brief has not been filed and telephone calls from the Clerk of this court to Ms. Kramer have not been returned.

By an order dated January 29, 2014, this court stated as follows:

Ms. Kramer is hereby ORDERED to appear on February 12, 2014 at 2:00 p.m. before a panel consisting of Justice Marion, Justice Barnard, and Justice Martinez, and show cause why she should not be held in civil and criminal contempt of this court and/or suspended from practice before this court for violating this court's orders to timely file appellant's brief.

---

[1] Ancillary to *Jassen Barnes v. The State of Texas*; 04-13-00346-CR.

Ms. Kramer is advised she has the right to be represented by counsel at the show cause hearing and that the proceedings will be recorded by a certified court reporter.

We further ORDER the Clerk of this court to have Ms. Kramer personally served with a copy of this order. We also ORDER the person who personally serves Ms. Kramer to file with this court written proof of the date and time that Ms. Kramer was served with a copy of this order. The Clerk of this court shall also fax a copy of this order to the Honorable Maria Teresa Herr, presiding judge of the 186th Judicial District Court, Bexar County, Texas.

On February 12, 2014, this court was called to order and the case called for the purpose of Ms. Kramer appearing to show cause why she should not be held in contempt. The clerk's record contains a copy of the Precept signed by a Bexar County Sheriff showing Ms. Kramer was personally served with this court's January 29, 2014 order. Although properly served, Ms. Kramer failed to appear. Accordingly, this court issued a capias directing the Sheriff or any Constable of Bexar County, Texas to seize and safely hold Ms. Kramer by placing her in confinement in any county jail or other lockup within the County of Bexar, State of Texas, in order to ensure her appearance before this court when it next convenes.

On February 13, 2014, Mr. John Carroll, appearing as counsel for Ms. Kramer, filed an "Emergency Motion to Withdraw Capias Order and Reset Show Cause Hearing," in which Mr. Carroll stated "Ms. Kramer has stated . . . she was not served with a copy of this Court's January 29, 2014 Order and was not aware of the scheduled show cause hearing." Later that same day, Mr. Carroll filed a "Supplement to Motion to Withdraw Capias Order and Reset Show Cause Hearing," in which Mr. Carroll stated he has been furnished with a copy of the proof of service of the January 29, 2014 Order; he was retained by Ms. Kramer on February 13, 2014; he "needs time to prepare to represent Ms. Kramer at [the] contempt proceedings"; and Ms. Kramer "has been in trial in County Court #6 on 2/12/14 and 2/13/14 and has not been able to attend a hearing in this court on 2/12/14." Finally, Mr. Carroll states: "The prior complaint of no showing of service is withdrawn."

On February 13, 2014, a hearing was conducted on the "Emergency Motion to Withdraw Capias Order and Reset Show Cause Hearing" before a panel consisting of Justice Marion, Justice Barnard, and Justice Martinez. After hearing counsel's arguments, the motion was granted, and this court ordered that (1) the Capias Order issued on February 12, 2014 be withdrawn and the Bexar County Sheriff's Department release Ms. Kramer from custody, and (2) Ms. Kramer appear on February 18, 2014 at 2:00 p.m. before a panel consisting of Justice Marion, Justice Barnard, and Justice Martinez, and show cause why she should not be held in contempt of this court and/or suspended from practice before this court for violating this court's orders to timely file appellant's brief and to appear before this court on February 12, 2014.

On February 18, 2014, Ms. Kramer filed appellant's brief and a "Motion for Withdrawal and Substitution of Counsel." Also on February 18, 2014, Ms. Kramer filed a "Response to Order Dated February 13, 2014," in which Ms. Kramer conceded that "[t]he repeated failure to comply with this Court's orders is in contempt of this Court." Ms. Kramer also proposed several punitive and remedial measures.

On February 18, 2014, Ms. Kramer appeared both personally and through counsel, Mr. John Carroll, before this court to show cause why she should not be held in contempt of court. The proceedings were recorded by a certified court reporter.

The court took judicial notice of the court's file in appellate cause number 04-13-00346-CR, styled *Jassen Barnes v. State of Texas*. This court finds from the evidence that Ms. Kramer should be held in contempt of this court for wilfully and intentionally failing to comply with (1) this court's order dated November 4, 2013 by failing to file a reasonable explanation for not timely filing appellant's brief, (2) this court's order dated November 18, 2013 by failing to file appellant's brief by December 2, 2013, and (3) this court's order dated January 29, 2014 by failing to appear before this court on February 12, 2014 to show cause why she should not be held in contempt. It is therefore ORDERED, ADJUDGED, AND DECREED by the Fourth Court of Appeals that:

(1)     **Suzanne M. Kramer** is in contempt of this court for wilfully and intentionally failing to comply with (1) this court's order dated November 4, 2013 by failing to file a reasonable explanation for not timely filing appellant's brief, (2) this court's order dated November 18, 2013 by failing to file appellant's brief by December 2, 2013, and (3) this court's order dated January 29, 2014 by failing to appear before this court on February 12, 2014 to show cause why she should not be held in contempt;

(2)     **Suzanne M. Kramer** pay a fine of $500.00 to the Clerk of the Fourth Court of Appeals no later than 5:00 p.m. on Friday, February 28, 2014. In the event the fine is not timely paid, it shall be collectible in the manner provided by law;

(3)     **Suzanne M. Kramer** is prohibited from accepting representation, either by appointment, for fee, or pro bono, of any client on any appellate matter within the jurisdiction of this court of appeals for a period of twenty-four months, commencing February 18, 2014 and ending February 18, 2016;[2]

(4)     **Suzanne M. Kramer** enroll in, attend, and complete an ethics course, to total not less than fifteen (15) hours, sponsored by the Texas Center for Legal Ethics and Professionalism, and supply this court with a certificate of satisfactory completion, and these fifteen hours shall be separate and apart from the fifteen (15) hours of continuing legal education requirement of the Texas State Bar of Texas thus requiring **Suzanne M. Kramer** to earn a total of thirty (30) hours of continuing legal education in the next twelve months from the date of this judgment;

(5)     **Suzanne M. Kramer** deliver by certified mail copies of each of this court's orders entered in this appellate cause number, including this Contempt Judgment, to Mr. Jassen Barnes;

(6)     For any future appearance before this court, **Suzanne M. Kramer** fully comply with the Texas Rules of Appellate Procedure; and

(7)     **Suzanne M. Kramer** keep the State Bar of Texas membership department notified of current mailing, residence and business addresses and telephone numbers.

---

[2] Ms. Kramer is appellate counsel on one appeal currently pending before this court in cause number 04-12-00574-CR. On February 18, 2014, Ms. Kramer filed a motion to withdraw and substitute counsel in that appeal.

IT IS FURTHER ORDERED that all costs of this proceeding shall be and are assessed against **Suzanne M. Kramer**, for which execution may issue.

Sandee Bryan Marion, Justice

Marialyn Barnard, Justice

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on February 18, 2014.

Keith E. Hottle, Clerk